IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ANDREW WOLFFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-94-Z-BR |
| | § | |
| BATEN ISF/JORDAN UNIT, | § | |
| CHAIRMAN OF THE TEXAS BOARD | § | |
| OF CRIMINAL JUSTICE, DIRECTOR | § | |
| OF TDCJ-CID, and WARDEN OF THE | § | |
| TDCJ JORDAN UNIT in PAMPA, | § | |
| TEXAS, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On April 16, 2020, Plaintiff filed a complaint against Defendants (ECF No. 3). Included in Plaintiff's complaint was a motion for injunctive relief due to circumstances precipitated by the COVID-19 pandemic. On June 1, 2020, the United States Magistrate Judge entered findings and conclusions on Plaintiff's motion for injunctive relief (ECF No. 11). The Magistrate Judge RECOMMENDS that Plaintiff's motion for injunctive relief be denied. The parties did not file objections to the findings, conclusions, and recommendation, and the time to do so has now expired.

After making an independent review of the pleadings, files, and records in this case, as well as the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct.

"To support the extraordinary equitable remedy of a preliminary injunction, [a] plaintiff must establish four elements: (1) a substantial likelihood of success on the merits; (2) a substantial threat that the movant will suffer irreparable injury if the injunction is denied; (3) that the

threatened injury outweighs any damage that the injunction might cause the defendant; and (4) that the injunction will not disserve the public interest." *Jackson Women's Health Org. v. Currier*, 760 F.3d 448, 452 (5th Cir. 2014) (internal marks omitted). Here, Plaintiff has failed to establish all of these four elements by failing to articulate allegations that would favor him on any element.

Accordingly, it is therefore ORDERED that the findings, conclusions, and recommendation (ECF No. 11) of the Magistrate Judge are ADOPTED and that Plaintiff's motion for injunctive relief (ECF No. 3) is DENIED.

**SO ORDERED.**

June 26, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE